UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES DEWARREN GILLEY,

    Plaintiff,

v.                                       CASE NO. 3:20cv1006-MCR-HTC

A GROUP OF SGTS AND OFFICERS
EXTRACTION TEAM and
CAPTAIN CORY SETTLEMIRES,

    Defendants.

_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 22, 2021. ECF No. 53. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation, ECF No. 53, is adopted and incorporated by reference in this Order.

2. Defendant's Motion for Summary Judgment, ECF No. 44, is GRANTED.

3. The clerk is directed to enter final judgment on all claims in favor of Defendant Settlemires.

4. Plaintiff's motion for leave to amend, ECF No. 41, is DENIED as futile.

5. The clerk shall notate on the electronic docket that the filing docketed as "Amended Complaint", ECF No. 42, is a "Proposed Second Amended Complaint."

6. The Extraction Team Members are terminated as defendants.

7. The clerk is directed to close the case.

**DONE AND ORDERED** this 29th day of June 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**